GEORGE G. FREER et al., Appellants, *v.* THE GLEN SPRINGS SANITARIUM COMPANY et al., Respondents.

*Freer* v. *Glen Springs Sanitarium Co.,* 131 App. Div. 352, affirmed.
(Argued March 24, 1910; decided April 8, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

March 27, 1909, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action of ejectment.

*Irving W. Cole* for appellants.

*O. P. Hurd* and *C. M. Woodward* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.